# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

PAUL SINKOVITZ,

      Plaintiff,

vs.                                                  Case No.: 2:18-cv-210
                                                  JUDGE GEORGE C. SMITH
                                                  Magistrate Judge Vascura

BRYAN COOK, WARDEN, *et al.*,

      Defendants.

## ORDER

On March 28, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Complaint be dismissed for failure to state a claim. (*See Report and Recommendation*, Doc. 6). Shortly thereafter, Plaintiff filed a Motion for Release from Prison and Request for Appointment of Counsel (Doc. 8) and the Magistrate Judge issued an *Order and Report and Recommendation* on that Motion as well. (Doc. 9).

The parties were advised of their right to object to the *Report and Recommendations*. This matter is now before the Court on Plaintiff's Objections to both *Report and Recommendations*. (*See* Docs. 7, 10, and 11). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

In his initial objections, Plaintiff moves the Court for a hearing and asks for Magistrate Judge Vascura to be removed. In a subsequent motion, he again demands to be heard. Further, in another objection, Plaintiff generally argues that his civil rights and the right to due process are being violated and that his incarceration is the result of a corrupt practice.

Despite filing multiple documents, Plaintiff has failed to set forth any arguments as to why he believes the findings in the Report and Recommendations are incorrect. He merely makes general arguments that rulings are wrong.

Therefore, for the reasons stated above and as set forth in detail in both of Magistrate Judge Vascura's *Report and Recommendations*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

The *Report and Recommendations,* Documents 6 and 9, are **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby **DISMISSED** for failure to state a claim.

The Clerk shall remove Documents 6, 8, and 9 from the Court's pending motions list. The Clerk shall terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**